**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7964**

———————————

JAMES GUY ARNOLD,

Petitioner - Appellant,

versus

SHERIFF MADES; MARTIN VAN EVANS, Lieutenant,
Warden,

Respondents - Appellees.

———————————

**No. 01-8094**

———————————

JAMES GUY ARNOLD,

Petitioner - Appellant,

versus

CHARLES MADES; MARTIN VAN EVANS; WASHINGTON
COUNTY SHERIFF'S DEPARTMENT; ATTORNEY GENERAL
FOR THE STATE OF MARYLAND; M. KENNETH LONG,

Respondents - Appellees.

———————————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-01-
2347-AMD, CA-01-3087-AMD)

———————————

Submitted: February 21, 2002          Decided: March 6, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Guy Arnold, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition in these consolidated cases. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. See Arnold v. Mades, Nos. CA-01-2347-AMD & CA-01-3087-AMD (D. Md. Nov. 2 & 6, 2001 and filed Nov. 27; entered Nov. 29, 2001). We deny Arnold's motion for emergency action in No. 01-7964 and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED